CEMENT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

LORD CONSTRUCTION COMPANY, Respondent, v. EDISON PORTLAND CEMENT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ALLEN E. BAKER and Others, Appellants, v. THE AMERICAN EXCHANGE NATIONAL BANK OF DALLAS, TEXAS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

SPIRITUSFABRIEK ASTRA OF AMSTERDAM, HOLLAND, Respondent, v. SUGAR PRODUCTS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.; Smith, J., concurring in result by reason of the issue raised as to what is the regular arbitration clause specified in the agreement.

In the Matter of the Application of HENRY A. PETERSEN and Others, Respondents, for an Order Fixing Their Fees as Attorneys for FLORENCE T. HILDEBRAND and CHARLES E. NAUSS, as Executors, etc., of WENDOLIN J. NAUSS, Deceased. CHARLES E. NAUSS, as Executor and Trustee of WENDOLIN J. NAUSS, Deceased, as Executor of EDWIN N. NAUSS, Deceased, and Individually, Appellant; ANNA NAUSS MARRIOTT, Respondent. In the Matter of the Application of DENIS O'L. COHALAN, Respondent, for an Order Fixing His Fee as Attorney for CHARLES E. NAUSS, as One of the Executors, etc., of WENDOLIN J. NAUSS, Deceased. CHARLES E. NAUSS, as Executor and Trustee, etc., of WENDOLIN J. NAUSS, Deceased, as Executor, etc., of EDWIN N. NAUSS, Deceased, and Individually, Appellant; ANNA NAUSS MARRIOTT, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

GUY CROSWELL SMITH, Respondent, v. ISAAC E. CHADWICK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant, v. ROBERT E. SHERRY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JOSEPH COLTER and Another, Copartners, etc., Appellants, v. WILLIAM E. PECK & COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

EDWIN D. DEWITT, Appellant, v. NEW YORK HERALD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of the Petition of EARL RYAN, a Stockholder of RANSOME CONCRETE MACHINERY COMPANY, Respondent, to Determine the Validity

of an Election of Directors. GEORGE F. STEELE and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

FRANK E. VANTINE, Respondent, v. NATIONAL DRAMA CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

SUSIE SCHARDT, Appellant, v. THE FELMAR REALTY COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

FREDERICK H. SCHARDT, Appellant, v. THE FELMAR REALTY COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JOHN M. TORR, Respondent, v. ALEXANDER J. HEMPHILL, Treasurer of the INTER-RACIAL COUNCIL, an Association, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

RICHARD D. WHITING, as Surviving Executor, etc., of WILLIAM RICHARD DENHAM, Deceased, Appellant, v. HUDSON TRUST COMPANY and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

UTICA PARTITION CORPORATION, Appellant, v. JACKSON CONSTRUCTION COMPANY, INC., Appellant, Impleaded with Others. ROBERT S. MULLEN, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements, and appellants' brief stricken from the files of the court as being improper and scandalous. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

AMERICAN UNION LINE, INC., Respondent, v. ORIENTAL NAVIGATION CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

PHILIP HORINSTEIN, Respondent, v. JACOB BLUMENTHAL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of the Application of HAROLD B. BERNARD, Appellant, to Open the Probate Proceedings Admitting the Last Will and Testament of SOPHIE BERNARD, Deceased, to Probate. ESTHER HERNSTEIN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

LOU H. THORN, Respondent, v. PERCY M. THORN, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.